# **RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
Eastern District of New York

Index Number: 17-CV-403(SJF)(GRB)                                   Date Filed: _____

Plaintiff:
**Securities and Exchange Commission**

vs.

Defendant:
**Barton, Raymond H; et al**

For:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier Courier & Process Service to be served on **Justin Sindelman**.

I, Kenneth Baylor, do hereby affirm that on the **31st day of January, 2017** at **12:22 pm, I:**

Served Summons & Complaint with Notice of Hearing personally to Justin Sindelman at Nassau County Correctional Center, 100 Carman Ave, Building 832, East Meadow, NY 11554.

I certify that I am a natural person over the age of eighteen, not a party to or otherwise interested in the subject matter in controversy, and am authorized to serve process in accordance with the laws of the jurisdiction where service was made.

**Kenneth Baylor**
Process Server

**Cavalier Courier & Process Service**
**823-C South King Street**
**Leesburg, VA 20175**
**(703) 431-7085**

Our Job Serial Number: CAV-2017001328
Ref: NYRO-62054

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1i

