UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

                                          **ORDER**
        -against-                        CV 17-403 (JS)(GRB)

RAYMOND H. BARTON, WILLIAM G. GOODE,
MATTHEW CHARLES BRIGGS, KENNETH MANZO,
and JUSTIN SINDELMAN,

                Defendants.
-------------------------------------------------------------X

**GARY R. BROWN, United States Magistrate Judge**:

       By letter dated May 18, 2018, plaintiff Securities and Exchange Commission ("SEC") requests that the conference scheduled for May 22, 2018, be adjourned to a later date. That request is granted. The conference is hereby rescheduled for June 11, 2018 at 1:45 p.m. To be clear, *pro se* defendant Sindelman is required to appear by telephone, while the SEC shall appear in-person. The Court kindly requests that Nassau County Correctional Center ("NCCC") make all necessary arrangements to allow Mr. Sindelman to so appear. The SEC will contact Mr. Sindelman five minutes prior to the commencement of the conference at a telephone number provided by NCCC.

       The SEC is directed to serve a copy of this Order on *pro se* defendant Sindelman.

       So Ordered.

      Dated: Central Islip, New York
             May 21, 2018

                                                        /s/ Gary R. Brown

                                                          GARY R. BROWN
                                                          United States Magistrate Judge