AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| Securities and Exchange Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   17 Civ. 403 (JS) (GRB) |
| Raymond H. Barton, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

plaintiff Securities and Exchange Commission.

Date:   5/22/2018

*Attorney's signature*

Philip Fortino (PF5996)
*Printed name and bar number*

Securities and Exchange Commission
200 Vesey Street, Suite 400
New York, NY 10281

*Address*

FortinoP@sec.gov
*E-mail address*

(212) 336-1014
*Telephone number*

(212) 336-1350
*FAX number*